UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA L. PACE,

        Plaintiff,

v.

        Case No. 06-CV-15058

        HONORABLE AVERN COHN

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND
DENYING THE COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT
AND
GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND
REMANDING MATTER FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

I.

     This is a social security case. Plaintiff Linda L. Pace appeals from the final determination of Michael J. Astrue, the Commissioner of Social Security (Commissioner), that she is not disabled and therefore not entitled to disability insurance benefits. The matter was referred to a magistrate judge for all pretrial proceedings. Plaintiff and the Commissioner filed cross motions for summary judgment. The magistrate judge issued a report and recommendation (MJRR) recommending that (1) the Commissioner's motion be denied, (2) plaintiff's motion be granted in part and (3) the matter remanded for further administrative proceedings.

## II.

Neither party has filed objections to the MJRR. Accordingly, the findings and conclusions of the magistrate judge are adopted as the findings and conclusions of the Court. The Commissioner's motion for summary judgment is DENIED. Plaintiff's motion for summary judgment is GRANTED IN PART. This matter is REMANDED for further administrative proceedings consistent with the MJRR.

SO ORDERED.

        s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: December 17, 2007

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 17, 2007, by electronic and/or ordinary mail.

        s/Julie Owens
Case Manager, (313) 234-5160